

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 651 1547

September 19, 2023

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    *CELGENE CORPORATION V. DEVA HOLDING A.S.*
           Civil Action No. 2:23-cv-02992-CCC-LDW

Dear Judge Wettre:

Hill Wallack represents Defendant Deva Holding A.S. in the above-referenced matter. Currently, Deva Holding A.S.'s Answer is due September 22, 2023. We respectfully request a thirty (30) day extension of the date by which Deva Holding A.S. must file an Answer or otherwise respond to the Complaint. Plaintiff does not object to the request.

The new responsive pleading date for Deva Holding A.S. would be October 23, 2023. There have been no prior requests for an extension in this matter.

If the requested extension herein meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below and have this letter entered on the docket.

                  \*      \*      \*

We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          */s/ Eric I. Abraham*
                                          ERIC I. ABRAHAM

Cc:    Counsel of Record (via ECF)

It is **SO ORDERED** on this ___ day of _____, 2023, that the date by which Deva Holding A.S. must file an Answer or otherwise respond to the Complaint is hereby extended to October 23, 2023

_____
Hon. Leda Dunn Wettre, U.S.M.J.